1    ARIEL E. STERN, ESQ.
     Nevada Bar No. 8276
2    DIANA S. ERB, ESQ.
     Nevada Bar No. 10580
3    AKERMAN SENTERFITT LLP
     400 South Fourth Street, Suite 450
4    Las Vegas, Nevada 89101
     Telephone:    (702) 634-5000
5    Facsimile:    (702) 380-8572
     Email: ariel.stern@akerman.com
6    Email: diana.erb@akerman.com

7    *Attorneys for Defendant*
     *Specialized Loan Servicing, LLC*

8

9                    **UNITED STATES DISTRICT COURT**

10                        **DISTRICT OF NEVADA**

11   JOSEPH ZEPEDA,                          Case No.: 2:11-cv-00215-KJD-RJJ

12                       Plaintiff,

13   vs.                                     **STIPULATION AND ORDER FOR**
                                             **DISMISSAL WITH PREJUDICE**
14   SPECIALIZED LOAN SERVICING, LLC,

15                       Defendant.

16

17        Plaintiff JOSEPH ZEPEDA and Defendant SPECIALIZED LOAN SERVICING, LLC

18   ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree that the above-

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

AKERMAN SENTERFITT LLP
400 SOUTH FOURTH STREET, SUITE 450
LAS VEGAS, NEVADA 89101
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{LV042693;1}                              1

1   captioned litigation shall be dismissed with prejudice as against Defendant, each side to bear its own

2   costs and fees.

3   DATED this 25th day of July, 2011.          DATED this 25th day of July, 2011.
    **AKERMAN SENTERFITT LLP**                              **COGBURN LAW OFFICES**

4

5    /s/ Diana S. Erb                                        /s/ David J. Wedemeyer
6   ARIEL E. STERN, ESQ.                                 JAMIE S. COGBURN, ESQ.
    Nevada Bar No. 8276                                  Nevada Bar No. 8409
7   DIANA S. ERB, ESQ.                                   DAVID J. WEDEMEYER, ESQ.
    Nevada Bar No. 10580                                 Nevada Bar No. 11318
8   400 South Fourth Street, Suite 450                   9555 S. Eastern Avenue, Suite 280
    Las Vegas, Nevada 89101                              Las Vegas, Nevada  89123
9

10  *Attorneys for Defendant*                            *Attorneys for Plaintiff*

11                                        **IT IS SO ORDERED.**

12

13                                        _____
                                          UNITED STATES DISTRICT COURT JUDGE
14
                                          Dated: _____7/27/11_____
15

16

17

18

19

20

21

22

23

24

25

26

27

28

**AKERMAN SENTERFITT LLP**
400 SOUTH FOURTH STREET, SUITE 450
LAS VEGAS, NEVADA 89101
TEL.: (702) 634-5000 – FAX: (702) 380-8572